IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MORGAN T. FULLER,

    Plaintiff,

v.

                                                No. 22-cv-241-DHU-KRS

UNITED STATES GOVERNMENT,

    Defendant.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). The Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Plaintiff shall cure this deficiency within thirty days of entry of this Order. The failure to timely comply may result in dismissal without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit a certified copy of his six-month inmate account statement.

_____
UNITED STATES MAGISTRATE JUDGE